IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ELI WINKELMAN,<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 1:22-cv-875 |
| THE CITY OF AUSTIN, TEXAS,<br>OFFICER QUINT SEBEK, individually,<br>AND OFFICER THOMAS<br>TUMINELLI, individually,<br>　　Defendants. | §<br>§<br>§<br>§<br>§ | |

## ORDER

After considering Plaintiff's and Defendants' Joint Motion to Dismiss, (Dkt. # 19), the Court **GRANTS** the motion.

**IT IS, THEREFORE, ORDERED** that the individual claims and causes of action brought by Plaintiff against Defendants in the above-captioned lawsuit are **DISMISSED** in their entirety **WITH** prejudice, each party to bear its own costs and attorney's fees.

The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

Dated: April 5, 2024.

_____
David Alan Ezra
Senior United States District Judge